UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | No. 3:12-CR-25 (VLB) |
|---|---|---|
| v. | : | March 10, 2020 |
| GREGORY VIOLA | : | |

## Order on Motion to Update Clerks' Records and Reissue Check
### [Dkt. 58]

The Court GRANTS the Government's motion to direct the Clerk to update her records concerning victim information in this case. Since the entry of the Court's judgment in 2012, one of the victims is now deceased. [Dkts. 113, 113-1 (Exs. A and B)]. Under 18 U.S.C. § 3663A(a)(2), where a District Court orders restitution and the victim dies, the representative of the victim's estate or another family member "may assume the victim's rights under this section." Per Exhibit B, the Court appoints the surviving spouse and co-victim as the representative of the deceased victim. The Clerk is directed to update her records to reflect that the surviving spouse may assume all the right to any remaining restitution owed to the deceased victim whose rights are assumed. The Clerks if further directed to reissue the restitution check evidenced in Exhibit A in accordance with the payment instructions set forth int eh surviving spouse's correspondence.

It is so ordered.

Dated at Hartford, Connecticut this 10th day of March, 2020.

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　Hon. Vanessa L. Bryant
　　　　　　　　　　　　　　　　　　United States District Judge